

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00182-CR

_____

WILLIAM SCOTT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 217th Judicial District Court
Angelina County, Texas
Trial Court No. CR-27774

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

William Scott was adjudicated guilty in Angelina County[1] of indecency with a child and sentenced to ten years' imprisonment. Scott filed his notice of appeal September 3, 2010.

This Court has now been informed that Scott has died.

The death of an appellant during the pendency of his or her appeal deprives this Court of jurisdiction. TEX. R. APP. P. 7.1(a)(2); *Whitmire v. State*, 943 S.W.2d 894 (Tex. Crim. App. 1997); *Rheinlander v. State*, 918 S.W.2d 527, 528 (Tex. Crim. App. 1996).

Accordingly, we permanently abate this appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted: April 7, 2011
Date Decided: April 8, 2011

Do Not Publish

---

[1]This case was transferred to this Court from the Tyler Court of Appeals as part of the Texas Supreme Court's docket equalization program. TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005). We are not aware of any conflict between the precedent of the Tyler Court and the precedent of this Court on any issue relevant in this appeal. *See* TEX. R. APP. P. 41.3.